A. J. SHARP, ESQ.
Nevada Bar No.11457
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

*Attorneys for Defendant
Wal-Mart Stores, Inc. and
Wal-Mart Real Estate
Business Trust*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARIZA SANTOYO and FERNANDO SANTOYO, <br><br> Plaintiffs, <br><br> v. <br><br> WAL-MART STORES, INC., WAL-MART REAL ESTATE BUSINESS TRUST; DOES 1 through 10; and ROE ENTITIES 11-20, inclusive, <br><br> Defendants. | Case No.: 2:11-cv-00369-RCJ –PAL <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear his

//
//
//
//
//
//
//
//

| | |
|---|---|
| or her own costs and attorney's fees. | |
| DATED this 31 day of October, 2011. | DATED this 31st day of October, 2011. |
| **RICHARD HARRIS LAW FIRM** | **PHILLIPS, SPALLAS & ANGSTADT, LLC** |
| /s/ Bryan A. Boyack | /s/ A. J. Sharp |
| Bryan A. Boyack, Esq.<br>Nevada Bar No. 9980<br>*Attorneys for Plaintiffs*<br>*Mariza Santoyo and*<br>*Fernando Santoyo* | A. J. Sharp, Esq.<br>Nevada Bar No. 11457<br>*Attorneys for Defendant*<br>*Wal-Mart Stores, Inc. and*<br>*Wal-Mart Real Estate*<br>*Business Trust* |

### ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear their own costs and attorney's fees.

Dated this 13th day of December, 2011.

_____
U.S. DISTRICT COURT JUDGE

Respectfully submitted by:

**PHILLIPS, SPALLAS & ANGSTADT, LLC**

/s/ Sharp

A. J. Sharp, Esq.
504 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Defendant*
*Wal-Mart Stores, Inc. and*
*Wal-Mart Real Estate*
*Business Trust*