1  A. J. SHARP, ESQ.
   Nevada Bar No.11457
2  **PHILLIPS, SPALLAS & ANGSTADT LLC**
3  504 South Ninth Street
   Las Vegas, Nevada 89101
4  (702) 938-1510

5  *Attorneys for Defendant*
   *Wal-Mart Stores, Inc. and*
6  *Wal-Mart Real Estate*
7  *Business Trust*

8                    UNITED STATES DISTRICT COURT

9                          DISTRICT OF NEVADA

10 MARIZA SANTOYO and FERNANDO          Case No.: 2:11-cv-00369-RCJ –PAL
11 SANTOYO,
                                        **STIPULATION AND ORDER FOR**
12              Plaintiffs,             **DISMISSAL WITH PREJUDICE**
13 v.

14 WAL-MART STORES, INC., WAL-MART
   REAL ESTATE BUSINESS TRUST; DOES 1
15 through 10; and ROE ENTITIES 11-20,
   inclusive,
16
                Defendants.
17

18

19      IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective

20 counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear his

21 //

22 //

23 //
24 //
25
   //
26
27 //

28 //

---
- 1 -
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

1 | or her own costs and attorney's fees.

2 | DATED this 31 day of October, 2011.    DATED this 31st day of October, 2011.

3 | **RICHARD HARRIS LAW FIRM**    **PHILLIPS, SPALLAS & ANGSTADT, LLC**

4 | /s/ Bryan A. Boyack    /s/ A. J. Sharp

5 | Bryan A. Boyack, Esq.    A. J. Sharp, Esq.
6 | Nevada Bar No. 9980    Nevada Bar No. 11457
*Attorneys for Plaintiffs*    *Attorneys for Defendant*
7 | *Mariza Santoyo and*    *Wal-Mart Stores, Inc. and*
*Fernando Santoyo*    *Wal-Mart Real Estate*
8 |     *Business Trust*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear their own costs and attorney's fees.

Dated this 13th day of December, 2011.

_____
U.S. DISTRICT COURT JUDGE

Respectfully submitted by:

**PHILLIPS, SPALLAS & ANGSTADT, LLC**

/s/ A. J. Sharp

A. J. Sharp, Esq.
504 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Defendant*
*Wal-Mart Stores, Inc. and*
*Wal-Mart Real Estate*
*Business Trust*